FILED
CLERK, U.S. DISTRICT COURT
MAR 10 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   )<br>         Plaintiff,   )<br>   )<br>         v.   )<br>   )<br>Jaime Alvarez-Ruiz,   )<br>   )<br>         Defendant.   )<br>_____) | Case No. 2:15-MJ-00406<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

   On arrest warrant issued by the United States District Court for the __SDCA__ involving alleged violations of conditions of probation/supervised release:

   1.   The court finds that no condition or combination of conditions will reasonably assure:

      A.   (✓) the appearance of defendant as required; and/or

      B.   (✓) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: _illegal status; flight from police in 12/2014; instant alfatin_

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _illegal status; flight from police; instant allegations_

IT IS ORDERED that defendant be detained.

DATED: 3/10/15

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2